# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Aouatif v. City of New York    Docket No.: 19-1903

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Zachary S. Shapiro

Firm: New York City Law Department

Address: 100 Church Street

Telephone: 212-356-1645    Fax: 212-356-1148

E-mail: zashapir@law.nyc.gov

Appearance for: City of New York, Nabil Kotbi, New York City Health and Hospitals Corporation/Defendants-Appellees
(party/designation)

**Select One:**

[✔] Substitute counsel (replacing lead counsel: Zachary W. Carter/New York City Law Department )
(name/firm)

[ ] Substitute counsel (replacing other counsel: _____ )
(name/firm)

[ ] Additional counsel (co-counsel with: )
(name/firm)

[ ] Amicus (in support of: )
(party/designation)

## CERTIFICATION

I certify that:

[✔] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

[ ] I applied for admission on _____ .

Signature of Counsel: /s/ Zachary S. Shapiro

Type or Print Name: Zachary S. Shapiro

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Aouatif

v.

City of New York

**CERTIFICATE OF SERVICE***

Docket Number: 19-1903

I, Zachary S. Shapiro, hereby certify under penalty of perjury that
(print name)
on July 11, 2019, I served a copy of the foregoing notice of appearance
(date)
for substitute counsel

(list all documents)

by (select all applicable)**

___ Personal Delivery     _X_ United States Mail     ___ Federal Express or other Overnight Courier

___ Commercial Carrier     ___ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Zerrad Aouatif | 79-114 114th Street, 2nd Floor | South Ozone Park | NY | 11420 |
| | | | | |
| | | | | |
| | | | | |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

7/11/19                /s/ Zachary S. Shapiro
Today's Date                Signature

Certificate of Service Form (Last Revised 12/2015)