# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Aouatif v. City of New York   Docket No.: 19-1903

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Melanie T. West

Firm: New York City Law Department

Address: 100 Church Street

Telephone: (212) 356-0842   Fax: (212) 356-2509

E-mail: mwest@law.nyc.gov

Appearance for: Defendants-Appellees City of New York, Kotbi, NYC Health and Hospitals Corporation
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Zachary S. Shapiro/ NYC Law Department )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Melanie T. West

Type or Print Name: Melanie T. West